UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:15-cr-309-T-27AEP

ABDUL FARID NAIM MUHAMMAD
a/k/a "Abdul Niem"

**NOTICE OF MAXIMUM PENALTY, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

ESSENTIAL ELEMENTS

The essential elements of a violation of 18 U.S.C. § 1951(a), interference with commerce by robbery, are as follows:

First: The defendant knowingly acquired someone else's property;

Second: The defendant took the property against the victim's will, by using actual or threatened force, or violence, or causing the victim to fear harm, either immediately or in the future; and

Third: The defendant's actions obstructed, delayed, or affected interstate commerce.

The essential elements of a violation of 18 U.S.C. § 924(c)(1)(a)(iii), carrying/possessing a firearm during or in furtherance a crime of violence, are as follows:

First: the defendant committed the crime of violence charged in Count One;

Second: the defendant knowingly discharged a firearm; and

Third: the defendant discharged the firearm "in furtherance of" the crime of violence.

## PENALTY

Count One carries a maximum sentence of 20 years imprisonment, a fine of $250,000, a term of supervised release of not more than 3 years, and a special assessment of $100 per felony count. Count Two carries a mandatory minimum term of imprisonment of 10 years to life, consecutive to any and all other sentences, a fine of $250,000, and a term of supervised release of not more than five years. With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense(s), and with respect to other offenses, the Court may order the defendant to make restitution to any victim of the offense(s), or to the community.

## FACTUAL BASIS

Shortly before 3:00 p.m. on April 19, 2015, Abdul Farid Naim MUHAMMAD, robbed the ABC Fine Wine & Spirits located at 3727 Hillsborough Avenue in Tampa. This store had video surveillance. Employees B.H., J.F. and E.G. were standing near the front of the store at the time of the robbery. MUHAMMAD immediately pulled a pistol out of his waistband after entering the store. He ordered J.F. to open the cash registers, and ordered B.H. and E.G. to lie face down on the ground. J.F. was also told to lie face down after opening the tills. While MUHAMMAD was walking to the second cash register, B.H. shot his personal firearm at MUHAMMAD from the floor. After apparently being struck in the hand, MUHAMMAD shot his firearm several times as he fled from the store. Both J.H. and E.G. received non-life threatening injuries to their faces.

On April 22, 2015, a TPD Detective received a tip that a black male named “Ab” was responsible for the robbery of a liquor store on Hillsborough Avenue. The tip also stated that “Ab” possibly worked at the ABC Fine Wine & Spirits on Kennedy Boulevard. After responding to the ABC Fine Wine & Spirits on Kennedy, the Detective learned from the store manager that an employee subsequently identified as MUHAMMAD had not been to work since the morning of April 19, 2015 (the day of the robbery). On April 19, the store manager recalled that Abdul was wearing a gray shirt; the same as is depicted in the video surveillance from the robbery. Every day since then, Abdul had called off of work because his mother was purportedly ill.

The Detective ultimately arrived at the Tampa Community Hospital. The Detective learned that a man by the name of “James King” had been admitted under MUHAMMAD’S social security number. This patient claimed that he had been the victim of a robbery in St. Petersburg and had been shot in the hand. The nurse confirmed that the man who claimed to be James King matched a photograph of MUHAMMAD.

A TPD Detective then responded to MUHAMMAD’S hospital room. MUHAMMAD again provided the name of James King. However, upon being presented a photograph of his Florida driver’s license, MUHAMMAD admitted to his true identity. After being advised of his *Miranda* rights, MUHAMMAD agreed to an interview both verbally and in writing. During the subsequent audio recorded interview, MUHAMMAD stated that he was under severe financial pressure on the day of the robbery. He acknowledged that even though it was not an excuse, he

robbed the liquor store because he needed food and water for his family. MUHAMMAD said that he did not intend to hurt anybody, but shot his firearm out of "instinct" when an employee shot at him.

Many of the items sold in ABC Fine Wine & Spirits are distilled, bottled and/or manufactured outside the State of Florida and, therefore, are items which travel in or affect interstate commerce. Additionally, the armed robbery resulted in the disruption of business operations during the crime, followed by the required closing of the store during the subsequent crime scene investigation and the disabling of their employees rendering them unable to work in the store as a result of trauma and injury inflicted by the suspect. Therefore, this armed robbery interfered the store's ability to participate in interstate commerce.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: *s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar No. 0085903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: carlton.gammons@usdoj.gov

**U.S. v. Muhammad** **Case No. 8:15-cr-309-T-27AEP**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jenny Devine, Esq.

*s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar No. 0085903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: carlton.gammons@usdoj.gov

L:_Cases\Criminal Cases\M\Muhammad, Abdul_2015R00898_CCG\p_notice of maximum penalties.docx